ORIGINAL

RECEIVED
SEP 2 6 2003
OFFICE OF THE CLERK
U.S. COURT OF FEDERAL CLAIMS

# In The United States Court of Federal Claims

ECF

## Cover Sheet

Plaintiff(s) or Petitioner(s)

Confederated Tribes of the Grand Ronde Community of Oregon

**If this is a multi-plaintiff case, pursuant to RCFC 20(a), please attach an alphabetized, numbered list of all plaintiffs.**

Name of the attorney of record: [See RCFC 83.1(c)] Lloyd B. Miller

Firm Name: Sonosky, Chambers, Sachse, Miller & Munson, LLP

Post Office Box:

03-2244C

Street Address: 900 West 5th Avenue, Suite 700

City-State-Zip: Anchorage, AK 99501

Telephone & Facsimile Numbers: 907-258-6377 (tel.), 907-272-8332 (fax)

E-mail address: Lloyd@sonosky.net

Is the attorney of record admitted to the Court of Federal Claims Bar? Yes
If **NO**, please call (202) 219-9630 for admission papers and instructions.

Nature of suit code: 1 1 8

**Select only one (three digit) nature of suit code from attached sheet and if numbers 118, 134, 226, 312, 356, or 528 are used, please explain.**

This contract action arises under the Indian Self-Determination and Education Assistance Act, 25 U.S.C. §§ 450-450n and the Contract Disputes Act, 41 U.S.C. §§ 601-613.

Government Agency Involved: H H S

**See attached Sheet for three digit code.**

Amount Claimed: $ 85,751.00 plus interest and fees, and other damages to be determined

**If to be determined, put the phrase "to be determined" in Amount Claimed Space.**

Vaccination Date: **(Vaccine Cases Only)**

If this is case related to any pending or previous case you are **required** to file a separate notice of related case(s). See RCFC 40.2

April 25, 2003