IN THE UNITED STATES COURT OF FEDERAL CLAIMS

| | | |
|---|---|---|
| CONFEDERATED TRIBES OF THE GRAND RONDE COMMUNITY OF OREGON, a federally recognized Indian Tribe, | ) | |
| Plaintiff, | ) | No. 03-2244C |
| | ) | (Judge Williams) |
| v. | ) | |
| THE UNITED STATES, | ) | |
| Defendant. | ) | |

NOTICE OF APPEARANCE

To the Clerk:

Please enter the appearance of ALAN J. LO RE as attorney of record for the United States. Service of all papers by opposing parties should be addressed as follows:

ALAN J. LO RE
Senior Trial Counsel
Commercial Litigation Branch
Civil Division
United States Department of Justice
Washington, D.C. 20530
Telephone: (202) 307-0277
Fax: (202) 514-8624

Attention Classification Unit
8th Floor, 1100 L Street, N.W.

Dated: October 10, 2003

S/ALAN J. LO RE
ALAN J. LO RE
Senior Trial Counsel
Commercial Litigation Branch
Civil Division

CERTIFICATE OF SERVICE

I hereby certify under penalty of perjury that on this 10th day of October, 2003, I caused to be placed in the United States mail (first-class, postage prepaid) copies of a "NOTICE OF APPEARANCE", addressed as follows:

Lloyd B. Miller, Esquire
SONOSKY, CHAMBERS, SACHSE, MILLER
& MUNSON, LLP
900 West 5th Avenue
Suite 700
Anchorage, AK 99501

S/ ALAN J. LORE