IN THE UNITED STATES COURT OF FEDERAL CLAIMS

| | | |
|---|---|---|
| CONFEDERATED TRIBES OF THE GRAND RONDE COMMUNITY OF OREGON, a federally recognized Indian tribe, | ) | |
| Plaintiff, | ) | |
| v. | ) | No. 03-2244C (Judge Williams) |
| THE UNITED STATES, | ) | |
| Defendant. | ) | |

NOTICE OF APPEARANCE

To the Clerk:

Please enter the appearance of KELLY B. WEISS as attorney of record for the United States. Service of all papers by opposing parties should be addressed as follows:

KELLY B. WEISS
TRIAL ATTORNEY
Commercial Litigation Branch
Civil Division
United States Department of Justice
Washington, D.C. 20530

Attention: Classification Unit
8th Floor, 1100 L Street, N.W.
Washington, D.C. 20530

s/ KELLY B. WEISS

KELLY B. WEISS
TRIAL ATTORNEY
Commercial Litigation Branch
Civil Division
Tel: (202) 307-1011
Fax: (202) 514-8624

November 7, 2003

CERTIFICATE OF SERVICE

I, the undersigned, hereby certify under penalty of perjury that on this ___ day of November, 2003, I caused to be placed in the United States mail (first class mail, postage prepaid), copies of "NOTICE OF APPEARANCE" addressed as follows:

Lloyd B. Miller, Esq.
Sonosky, Chambers, Sachse,
Miller & Munson, LLP
900 West 5th Avenue, Suite 700
Anchorage, AK 99501

____________________________