# In the United States Court of Federal Claims

**No. 03-2244C**

**(Filed December 2, 2003)**

*** * * * * * * * * * * * * * * * * * * * * * * * * * * ***

**CONFEDERATED TRIBES OF THE GRAND RONDE COMMUNITY OF OREGON, a federally recognized Indian Tribe,**

**Plaintiff,**

**v.**

**THE UNITED STATES,**

**Defendant.**

*** * * * * * * * * * * * * * * * * * * * * * * * * * * ***

## ORDER GRANTING STAY

This matter comes before the Court on the Defendant's unopposed request to stay Defendant's filing of a response to Plaintiff's complaint, pending resolution of Thompson v. Cherokee Nation of Oklahoma. Defendant's response to the complaint is currently due on November 25, 2003.

On July 3, 2003, the United States Court of Appeals for the Federal Circuit issued its decision in Thompson v. Cherokee Nation of Oklahoma, 334 F.3d 1075 (Fed. Cir. 2003). As a result of the Federal Circuit's recent decision in Cherokee, the United States is considering whether to petition the Supreme Court of the United States for a writ of certiorari. Accordingly, Defendant requests that a stay of this case be granted by this Court until further review of Thompson v. Cherokee Nation of Oklahoma is precluded

by the Department of Justice's decision not to petition the Supreme Court for a writ of certiorari, or until the Supreme Court resolves the matters presented by the petition for certiorari.

Good cause having been shown, the Defendant's request to stay its obligation to file a response to Plaintiff's complaint pending resolution in Thompson v. Cherokee Nation of Oklahoma is **GRANTED**.

It is further **ORDERED** that the parties shall file a Joint Status Report with the Court regarding the status of the United States' petition for certiorari in this case, on or before 60 days after the date of this order.

s/Mary Ellen Coster Williams
**MARY ELLEN COSTER WILLIAMS**
**Judge**