IN THE UNITED STATES COURT OF FEDERAL CLAIMS

| | | |
|---|---|---|
| CONFEDERATED TRIBES OF THE GRAND RONDE COMMUNITY OF OREGON, a federally recognized Indian Tribe, Plaintiff, | ) | |
| v | ) | No. 03-2244C (Judge Williams) |
| THE UNITED STATES, Defendant. | ) | |

JOINT STATUS REPORT AND
MOTION TO CONTINUE THE STAY

Pursuant to the Court's order dated December 2, 2003, the parties submit this status report. In that order, the Court stayed the proceedings in the above-captioned case pending the United States' decision whether to file a petition for a writ of certiorari in Thompson v. Cherokee Nation of Oklahoma, 334 F.3d 1075 (Fed. Cir. 2003). On December 11, 2003, the United States filed a petition for certiorari to the United States Supreme Court in Cherokee. As explained in our motion to stay, the Cherokee decision directly affects most of the issues in the above-captioned case because, like the plaintiff in Cherokee, plaintiff's complaint here concerns the availability of funds to the Secretary for payment of plaintiff's indirect contract support costs.

Accordingly, the parties request that the stay of this case granted by the Court on December 2, 2003 be continued until the Supreme Court resolves the matters presented by the United States' petition for certiorari in Thompson v. Cherokee Nation of

Oklahoma.

If the Court grants this motion, the parties will file a status report with the Court regarding the status of the United States' petition for certiorari in Thompson v. Cherokee Nation of Oklahoma, within 60 days of this Court's order upon this motion.

Respectfully submitted,

PETER D. KEISLER
Assistant Attorney General

DAVID M. COHEN
Director

S/ ROBERT E. KIRSCHMAN
ROBERT E. KIRSCHMAN
Assistant Director

S/ LLOYD B. MILLER
LLOYD B. MILLER
Attorney
Sonosky, Chambers, Sachse, Miller & Munson, LLP
900 West 5th Avenue
Suite 700
Anchorage, AK 99501
Tel.: (907) 258-6377
Fax.: (907) 272-8332

Attorney for Plaintiff

February 2, 2004

S/KELLY B. WEISS
KELLY B. WEISS
Trial Attorney
Commercial Litigation Branch
Civil Division
Department of Justice
Attn: Classification Unit
8th Floor
1100 L Street, N.W.
Washington, D.C. 20530
Department of Justice
Tel.: (202) 307-1011
Fax.: (202) 514-8624

Attorneys for Defendant

February 2, 2004

CERTIFICATE OF SERVICE

I hereby certify under penalty of perjury that on this the ___ day of February, 2004, I caused to be placed in the United States mail (first-class mail, postage prepaid) copies of "JOINT STATUS REPORT AND MOTION TO CONTINUE THE STAY" addressed as follows:

Lloyd B. Miller, Esq.
Sonosky, Chambers, Sachse,
Miller & Munson, LLP
900 West 5th Avenue, Suite 700
Anchorage, AK 99501

______________________________