# In the United States Court of Federal Claims

**No. 03-2244C**

**(Filed February 5, 2004)**

| | |
|---|---|
| **CONFEDERATED TRIBES OF THE GRAND RONDE COMMUNITY OF OREGON, a federally recognized Indian Tribe,** | |
| **Plaintiff,** | |
| **v.** | |
| **THE UNITED STATES,** | |
| **Defendant.** | |

## ORDER GRANTING STAY

This matter comes before the Court on the parties' Joint Motion to Continue the Stay pending resolution of Thompson v. Cherokee Nation of Oklahoma, 334 F.3d 1075 (Fed. Cir. 2003), petition for cert. filed, 72 U.S.L.W. 3421 (U.S. Dec. 11, 2003) (No. 03-853). Plaintiff filed a complaint with the Court on September 26, 2003. On December 2, 2003, the Court granted Defendant's unopposed motion to stay Defendant's filing of an answer while the United States considered whether to petition the Supreme Court for a writ of certiorari in Cherokee Nation, a case which the parties aver bears directly on the issues in the instant matter. The United States filed the petition on December 11, 2003. Accordingly, the parties have requested that the stay be continued until the Supreme Court resolves that matter.

Good cause having been shown, the parties' request to continue the stay pending the resolution of Thompson v. Cherokee Nation of Oklahoma is **GRANTED**.

It is further **ORDERED** that the parties shall file a Joint Status Report with the Court regarding the status of the petition for certiorari within 60 days of this order.

s/Mary Ellen Coster Williams
**MARY ELLEN COSTER WILLIAMS**
**Judge**