# In the United States Court of Federal Claims

**No. 03-2244C**

**(Filed April 6, 2004)**

*** * * * * * * * * * * * * * * * * * * * * * * * * * * ***

| | |
|---|---|
| **CONFEDERATED TRIBES OF THE GRAND RONDE COMMUNITY OF OREGON, a federally recognized Indian Tribe,** | * |
| **Plaintiff,** | * |
| **v.** | * |
| **THE UNITED STATES,** | * |
| **Defendant.** | * |

*** * * * * * * * * * * * * * * * * * * * * * * * * * * ***

## ORDER GRANTING STAY

This matter comes before the Court on the parties' Joint Motion to Continue the Stay until the Supreme Court resolves the matters presented by the United States' petition for certiorari in Thompson v. Cherokee Nation of Oklahoma.

On September 26, 2003, Plaintiff filed its complaint, and on December 2, 2003, the Court granted Defendant's unopposed motion to stay Defendant's filing of an answer while the United States considered whether to petition the Supreme Court for a writ of certiorari in Thompson v. Cherokee Nation of Oklahoma, 334 F.3d 1075 (Fed. Cir. 2003). The United States filed a petition in that case on December 11, 2003, and the Supreme Court granted this petition, as well as a petition for certiorari in Cherokee

Nation of Oklahoma v. Thompson, 311 F.3d 1054 (10th Cir. 2002), on March 22, 2004, and consolidated the cases for disposition.

Good cause having been shown, the parties' request to continue the stay pending the resolution of Thompson v. Cherokee Nation of Oklahoma is **GRANTED**.

It is further **ORDERED** that the parties shall file a joint status report on or before 30 days after the resolution of the case by the Supreme Court.

s/Mary Ellen Coster Williams
**MARY ELLEN COSTER WILLIAMS**
**Judge**