# In the United States Court of Federal Claims

**No. 03-2244C**

**(Filed April 12, 2004)**

*** * * * * * * * * * * * * * * * * * * * * * * * * * * ***

**CONFEDERATED TRIBES OF THE GRAND RONDE COMMUNITY OF OREGON, a federally recognized Indian Tribe,**

**Plaintiff,**

**v.**

**THE UNITED STATES,**

**Defendant.**

*** * * * * * * * * * * * * * * * * * * * * * * * * * * ***

---

## ORDER TO COMPLY WITH NOTICE OF DESIGNATION OF ELECTRONIC CASE

---

Lloyd Benton Miller, counsel for Plaintiff, is hereby ordered to comply with the Notice of Designation of Electronic Case dated September 26, 2003.

s/Mary Ellen Coster Williams
**MARY ELLEN COSTER WILLIAMS**
**Judge**