**IN THE UNITED STATES COURT OF FEDERAL CLAIMS**

| | |
|---|---|
| CONFEDERATED TRIBES OF THE GRAND RONDE COMMUNITY OF OREGON, a federally recognized Indian Tribe,<br><br>Plaintiff,<br><br>v.<br><br>THE UNITED STATES,<br><br>Defendant. | No. 03-2244C<br>(Judge Williams) |

**PLAINTIFF'S MOTION TO LIFT STAY OF CASE ENTERED DECEMBER 2, 2003**

Plaintiff Confederated Tribes of the Grand Ronde Community of Oregon, by and through undersigned counsel, respectfully moves this Court to lift the stay in this case entered by Order of December 2, 2003, and extended by this Court's Order of February 5, 2004.

As grounds therefore, Movant states:

1. The Court entered a stay in this case upon the Defendant's unopposed motion in order to await the outcome of *Thompson v. Cherokee Nation of Oklahoma*, 334 F.3d 1075 (Fed. Cir. 2003). The Parties so moved because most of the issues presented in the instant proceeding are also presented in that case. The Court subsequently extended the stay to include the outcome of proceedings in *Cherokee Nation* before the United States Supreme Court.

2. On March 1, 2005, the United States Supreme Court issued its decision in *Cherokee Nation of Oklahoma v. Leavitt*, 543 U.S. __, 2005 WL 464860 (Mar. 1, 2005), affirming the Federal Circuit and ruling in favor of the claimant Tribe.

3. There is no further reason for a stay of proceedings in this case, and the Supreme Court's decision in *Cherokee Nation* constitutes good cause for now lifting the stay.

4. Plaintiff's counsel has conferred with Counsel for the Defendant and has been authorized to state that the Defendant concurs with the motion.

A proposed Order has been attached to this Motion.

Respectfully submitted this 9th day of March 2005.

*/s/ Lloyd B. Miller*

Lloyd B. Miller
SONOSKY, CHAMBERS, SACHSE,
MILLER & MUNSON, LLP
900 West 5th Avenue, Suite 700
Anchorage, AK 99501
Telephone: (907) 258-6377
Facsimile: (907) 272-8332

*Counsel of Record for Plaintiff Confederated Tribes of the Grand Ronde Community of Oregon*

Of Counsel:

Rob Greene, Esq.
Stephen Kelly, Esq.
The Confederated Tribes of the Grand Ronde
Community of Oregon
615 Grand Ronde Road
Grand Ronde, Oregon 97347
Telephone: (503) 879-2339