# In the United States Court of Federal Claims

**No. 03-2244C**
**(Filed October 28, 2005)**

* * * * * * * * * * * * * * * * * * * * * * * * * * * * *
**CONFEDERATED TRIBES OF THE GRAND RONDE COMMUNITY OF OREGON, a federally recognized Indian Tribe,**

**Plaintiff,**

**v.**

**THE UNITED STATES,**

**Defendant.**
* * * * * * * * * * * * * * * * * * * * * * * * * * * * *

## ORDER LIFTING STAY

This matter comes before the Court on the Plaintiff's unopposed motion to lift the stay in this case. By Order dated December 2, 2003, this Court entered a stay in this case upon Defendant's unopposed motion, in order to await the outcome of Thompson v. Cherokee Nation of Oklahoma, 334 F.3d 1075 (Fed Cir. 2003). The Defendant so moved because the issues presented in the instant proceeding were also presented in that case--specifically, whether the Indian Health Service breached contracts under the Indian Self-Determination and Education Assistance Act by restricting payment of plaintiff tribes contract support costs. By Order dated February 5, 2004, the Court extended the stay to include the outcome of proceedings in Cherokee Nation before the United States Supreme Court.

On March 1, 2005, the United States Supreme Court issued its decision in Cherokee Nation of Oklahoma v. Leavitt, 543 U.S. ___, 2005 WL 464860 (2005), affirming the Federal Circuit's decision and ruling in favor of the plaintiff tribe.

Plaintiff now moves to lift the stay in the instant matter. Defendant does not oppose this motion. Good cause having been shown, Plaintiff's unopposed motion to lift the stay is **GRANTED**.

It is further **ORDERED** that Defendant shall serve and file an answer on or before **November 14, 2005.**

s/Mary Ellen Coster Williams
**MARY ELLEN COSTER WILLIAMS**
**Judge**