IN THE UNITED STATES COURT OF FEDERAL CLAIMS

| | | |
|---|---|---|
| CONFEDERATED TRIBES OF THE GRAND RONDE COMMUNITY OF OREGON, a federally recognized Indian Tribe, | ) | |
| Plaintiff, | ) | |
| v. | ) | No. 03-2244C (Judge Williams) |
| THE UNITED STATES, | ) | |
| Defendant. | ) | |

DEFENDANT'S UNOPPOSED MOTION FOR AN ENLARGEMENT OF TIME

Pursuant to Rules 6(b) and 6.1 of the Rules of the United States Court of Federal Claims ("RCFC"), defendant, the United States, respectfully requests a 21-day enlargement of time, to and including January 26, 2006, within which to file the parties' Joint Preliminary Status Report ("JPSR") in the above-captioned matter. Our JPSR is currently due on January 5, 2006. This is our first request for an enlargement of time for this purpose. Counsel for plaintiff indicated to defendant's counsel that plaintiff does not oppose this motion.

We anticipate that a 21-day enlargement of time, to and including January 26, 2006, will provide the United States with sufficient time to work with plaintiff's counsel to prepare a thorough JPSR. The requested enlargement of time is necessary, in part, because of defendant's counsel's responsibilities in other cases. In this Court, defendant's counsel was assigned to handle a request for a temporary restraining order in Magic Brite Janitorial v. United States, Fed. Cl. No. 05-1380C, a bid protest action. On December 29, 2005, the day the complaint in Magic

Brite was filed, defendant’s counsel was ordered to prepare briefing and participate in a hearing upon the bid protest on December 30, 2005. In addition, defendant’s counsel must prepare defendant’s motion for judgment upon the administrative record in Robert L. Loeh v. United States, Fed. Cl. No. 05-1208C, due on January 17, 2006, and defendant's motion to dismiss in Dalles Irrigation District v. United States, Fed. Cl. No. 05-1042C, due on January 26, 2006. In the United States Court of Appeals for the Federal Circuit, defendant’s counsel must prepare for oral argument upon behalf of defendant-appellant in Blue Dot Energy Company v. United States, Fed. Cir. No. 05-5058, scheduled on January 12, 2006. In addition, defendant’s counsel must prepare respondent’s brief in Bennett S. Greenspan v. Department of Veterans Affairs, Fed. Cir. No. 05-3302, due on January 5, 2006. Moreover, defendant’s counsel will be out of the office for official travel from January 17, through January 20, 2006.

We are mindful that the press of business is not, in and of itself, a basis for an enlargement of time. However, we respectfully request a 21-day enlargement of time in this case in order to provide adequate time for the parties to confer upon the JPSR. Defendant’s counsel has recently received the contract files at issue in this matter in their entirety from the Department of Health and Human Services, and will provide them to plaintiff’s counsel. An enlargement of 21 days will allow the parties additional time to review the contract files, enabling

counsel to discuss the relevant factual issues as well as the potential for settlement of this case.

For the foregoing reasons, we respectfully request that the Court grant our motion to enlarge the time within which we may file the JPSR by 21 days, to and including January 26, 2006.

Respectfully submitted,

PETER D. KEISLER
Assistant Attorney General

DAVID M. COHEN
Director

S/ DONALD E. KINNER
DONALD E. KINNER
Assistant Director

S/ KELLY B. BLANK
KELLY B. BLANK
Trial Attorney
Commercial Litigation Branch
Civil Division
Department of Justice
1100 L Street, N.W.
Attn: Classification Unit
8th Floor
Washington, DC 20530
Tel: (202) 353-7578
Fax: (202) 353-7988

December 30, 2005

Attorneys for Defendant

CERTIFICATE OF FILING

I hereby certify that on December 30, 2005, a copy of the foregoing "DEFENDANT'S UNOPPOSED MOTION FOR AN ENLARGEMENT OF TIME" was filed electronically. I understand that notice of this filing will be sent to all parties by operation of the Court's electronic filing system. Parties may access this filing through the Court's system.

/s/ KELLY B. BLANK