# In the United States Court of Federal Claims

**No. 03-2244C**
**(Filed January 5, 2006)**

* * * * * * * * * * * * * * * * * * * * * * * * * * * *
**CONFEDERATED TRIBES OF THE GRAND** *
**RONDE COMMUNITY OF OREGON,** *
**a federally recognized Indian Tribe,** *
*
**Plaintiff,** *
*
**v.** *
*
**THE UNITED STATES,** *
*
**Defendant.** *
* * * * * * * * * * * * * * * * * * * * * * * * * * * *

---

**ORDER GRANTING DEFENDANT'S**
**MOTION FOR ENLARGEMENT OF TIME**

---

On December 30, 2005, Defendant filed an unopposed motion for an enlargement of time of 21 days, to and including **January 26, 2006**, within which to file the parties' joint preliminary status report. Good cause having been shown, this motion is **GRANTED.**

s/Mary Ellen Coster Williams
**MARY ELLEN COSTER WILLIAMS**
**Judge**