# In the United States Court of Federal Claims

**No. 03-2244C**
**(Filed February 6, 2006)**

* * * * * * * * * * * * * * * * * * * * * * * * * * * *
**CONFEDERATED TRIBES OF THE GRAND RONDE COMMUNITY OF OREGON, a federally recognized Indian Tribe,**

**Plaintiff,**

**v.**

**THE UNITED STATES,**

**Defendant.**
* * * * * * * * * * * * * * * * * * * * * * * * * * * *

## ORDER

Pursuant to the agreement of the parties, a preliminary scheduling conference, via telephone, is scheduled for **March 14, 2006** at **3:00 p.m., EST**. The Court will initiate the teleconference.

s/Mary Ellen Coster Williams
**MARY ELLEN COSTER WILLIAMS**
**Judge**