# In the United States Court of Federal Claims

**No. 03-2244C**
**(Filed March 14, 2006)**

* * * * * * * * * * * * * * * * * * * * * * * * * * * *
**CONFEDERATED TRIBES OF THE GRAND RONDE COMMUNITY OF OREGON, a federally recognized Indian Tribe,** *

**Plaintiff,** *

**v.** *

**THE UNITED STATES,** *

**Defendant.** *
* * * * * * * * * * * * * * * * * * * * * * * * * * * *

---

**ORDER SUSPENDING PROCEEDINGS**

---

The Court convened a telephonic status call with the parties on March 14, 2006, during which the parties requested a stay of proceedings for sixty days, to and including **May 12, 2006**, to pursue settlement discussions. Good cause having been shown, proceedings are suspended until **May 12, 2006**. The parties shall file a joint status report by **May 19, 2006**.

s/Mary Ellen Coster Williams
**MARY ELLEN COSTER WILLIAMS**
**Judge**