# In the United States Court of Federal Claims

**No. 03-2244C**
**(Filed May 24, 2006)**

| | |
|---|---|
| **CONFEDERATED TRIBES OF THE GRAND RONDE COMMUNITY OF OREGON, a federally recognized Indian Tribe,** | |
| **Plaintiff,** | |
| **v.** | |
| **THE UNITED STATES,** | |
| **Defendant.** | |

## ORDER

On March 14, 2006, the Court granted the parties' request to stay proceedings for sixty days, to and including May 12, 2006, to pursue settlement discussions. On May 19, 2006, the parties filed a joint status report in which they requested additional time for their settlement discussions. Good cause having been shown, proceedings are suspended until **July 3, 2006**. The parties shall file a joint status report by **July 3, 2006**.

s/Mary Ellen Coster Williams
**MARY ELLEN COSTER WILLIAMS**
**Judge**