IN THE UNITED STATES COURT OF FEDERAL CLAIMS

| | | |
|---|---|---|
| CONFEDERATED TRIBES OF THE GRAND RONDE COMMUNITY OF OREGON, a federally recognized Indian Tribe, | ) | |
| Plaintiff, | ) | |
| v. | ) | No. 03-2244C (Judge Mary Ellen Coster Williams) |
| THE UNITED STATES, | ) | |
| Defendant. | ) | |

**JOINT STATUS REPORT**

Pursuant to this Court's order dated May 24, 2006, the parties respectfully submit this joint status report regarding the parties' efforts to amicably resolve this action during the stay period. As indicated in the Joint Status Report filed May 19, 2006, the parties have continued settlement discussions in an attempt to reach an amicable resolution of this matter without need of further judicial proceedings.

As further noted in the parties' Joint Status Report filed May 19, 2006, Defendant was reviewing an offer made by Plaintiff. On June 16, 2006, Defendant declined the informal settlement offer made by Plaintiff, but indicated its interest in continuing settlement discussions. On June 29, 2006, Plaintiff's counsel provided another informal settlement offer. Defendant's counsel is presently studying this new settlement offer and conferring with Defendant.

The parties remain in agreement that the discussions have been beneficial and that additional discussions between counsel may lead to the resolution of this case. Assuming that a settlement is ultimately approved and accepted by the authorized representatives of the Government and Plaintiff, the parties anticipate filing a joint stipulation for the dismissal of this case with prejudice.

Accordingly, a stay of further proceedings pending the completion of our settlement efforts is appropriate and in the interests of judicial economy.

Should this action not be resolved by August 3, 2006, we recommend that a joint status report be filed with the Court by that date. Additionally, should this action not be resolved by August 3, 2006, the parties agree that it may be beneficial to conduct a telephonic status conference, at a time of the Court's convenience, some time shortly thereafter to discuss the disposition of the case and the parties' respective interests in pursuit of alterative dispute resolution. For the foregoing reasons, we respectfully request that the stay of this matter be continued to complete the parties' efforts to resolve this matter amicably.

Respectfully submitted,

PETER D. KEISLER
Assistant Attorney General

DAVID M. COHEN
Director

s/ Donald E. Kinner
DONALD E. KINNER
Assistant Director

s/ Lloyd B. Miller
LLOYD B. MILLER
Sonosky, Chambers, Sachse,
Miller & Munson, LLP
900 West 5th Avenue, Ste. 700
Anchorage, AK 99501
Tel.: (907) 258-6377
Fax.: (907) 272-8332

Dated: July 5, 2006

Attorneys for Plaintiff

s/ Kent G. Huntington
KENT G. HUNTINGTON
Trial Attorney
Commercial Litigation Branch, Civil Div.
U.S. Department of Justice
Attn: Classification Unit, 8th Floor
1100 L St, N.W.
Washington, D.C. 20530
Tel.: (202) 353-7561 / Fax: (202) 353-7988

Dated: July 5, 2006

Attorneys for Defendant

CERTIFICATE OF FILING

I hereby certify that on this 5th day of July, 2006, a copy of the foregoing "JOINT STATUS REPORT" was filed electronically. I understand that notice of this filing will be sent to all parties by operation of the Court's electronic filing system. Parties may access this filing through the Court's system.

s/ Lloyd B. Miller