# In the United States Court of Federal Claims

**No. 03-2244C**
**(Filed July 6, 2006)**

* * * * * * * * * * * * * * * * * * * * * * * * * * * *
**CONFEDERATED TRIBES OF THE GRAND RONDE COMMUNITY OF OREGON, a federally recognized Indian Tribe,**

**Plaintiff,**

**v.**

**THE UNITED STATES,**

**Defendant.**
* * * * * * * * * * * * * * * * * * * * * * * * * * * *

---

**ORDER**

---

On May 24, 2006, the Court granted the parties' request to stay proceedings until July 5, 2006, to continue settlement discussions. On July 5, 2006, the parties filed a joint status report in which they requested an additional 30 days, up to and including **August 3, 2006**, in which to continue settlement discussions. Good cause having been shown, proceedings are suspended until **August 3, 2006**, and the parties shall file a joint status report by that date.

s/Mary Ellen Coster Williams
**MARY ELLEN COSTER WILLIAMS**
**Judge**