IN THE UNITED STATES COURT OF FEDERAL CLAIMS

| | | |
|---|---|---|
| CONFEDERATED TRIBES OF THE GRAND RONDE COMMUNITY OF OREGON, a federally recognized Indian Tribe, | ) | |
| Plaintiff, | ) | |
| v. | ) | No. 03-2244C<br>(Judge Mary Ellen Coster Williams) |
| THE UNITED STATES, | ) | |
| Defendant. | ) | |

**JOINT STATUS REPORT**

Pursuant to this Court's order dated July 6, 2006, the parties respectfully submit this joint status report regarding the parties' efforts to amicably resolve this action during the stay period.

As indicated in the parties' Joint Status Report filed July 5, 2006, the plaintiff, on June 29, 2006, provided to the defendant a new informal settlement offer. Defendant has not yet responded to this settlement offer, but defendant's counsel has indicated that a response is forthcoming in the next few days. Defendant's counsel has expressed interest in continuing settlement discussions based upon this forthcoming response.

Plaintiff's counsel will be out of the office during the week of August 7, 2006. Defendant's counsel will be out of the office from August 16, 2006 through September 5, 2006. Counsel contemplate having a telephone conference on August 14, 2006 to determine whether continued settlement efforts are appropriate.

The parties remain in agreement that the discussions have been beneficial and that additional discussions between counsel may lead to the resolution of this case. Completion through an appropriate settlement would be in the interests of judicial economy. The parties

respectfully request that the stay of this matter be continued through September 8, 2006, to complete the parties' efforts to resolve this matter amicably.

Respectfully submitted,

PETER D. KEISLER
Assistant Attorney General

DAVID M. COHEN
Director

s/ Donald E. Kinner
DONALD E. KINNER
Assistant Director

s/ Lloyd B. Miller
LLOYD B. MILLER
Sonosky, Chambers, Sachse,
Miller & Munson, LLP
900 West 5th Avenue, Ste. 700
Anchorage, AK 99501
Tel.: (907) 258-6377
Fax.: (907) 272-8332

Dated: August 3, 2006

Attorneys for Plaintiff

s/ Kent G. Huntington
KENT G. HUNTINGTON
Trial Attorney
Commercial Litigation Branch, Civil Div.
U.S. Department of Justice
Attn: Classification Unit, 8th Floor
1100 L St, N.W.
Washington, D.C. 20530
Tel.: (202) 353-7561 / Fax: (202) 353-7988

Dated: August 3, 2006

Attorneys for Defendant

CERTIFICATE OF FILING

I hereby certify that on this 3rd day of August, 2006, a copy of the foregoing "JOINT STATUS REPORT" was filed electronically. I understand that notice of this filing will be sent to all parties by operation of the Court's electronic filing system. Parties may access this filing through the Court's system.

s/ Lloyd B. Miller