# In the United States Court of Federal Claims

**No. 03-2244C**
**(Filed August 8, 2006)**

* * * * * * * * * * * * * * * * * * * * * * * * * * * *
**CONFEDERATED TRIBES OF THE GRAND RONDE COMMUNITY OF OREGON, a federally recognized Indian Tribe,** *

**Plaintiff,** *

**v.** *

**THE UNITED STATES,** *

**Defendant.** *
* * * * * * * * * * * * * * * * * * * * * * * * * * * *

## ORDER

On July 5, 2006, the Court granted the parties' request to extend the stay in this action until August 3, 2006, to continue settlement discussions. On August 3, 2006, the parties filed a joint status report in which they stated that settlement discussions have been beneficial and requested an additional 36 days, up to and including **September 8, 2006**, in which to continue settlement discussions. Good cause having been shown, proceedings are suspended until **September 8, 2006**, and the parties shall file a joint status report by that date.

s/Mary Ellen Coster Williams
**MARY ELLEN COSTER WILLIAMS**
**Judge**