**IN THE UNITED STATES COURT OF FEDERAL CLAIMS**

| | | |
|---|---|---|
| **CONFEDERATED TRIBES OF THE GRAND RONDE COMMUNITY OF OREGON,** | ) | |
| **Plaintiff,** | ) | |
| **v.** | ) | **No. 03-2244C** |
| | ) | **(Judge Mary Ellen Coster Williams)** |
| **THE UNITED STATES,** | ) | |
| **Defendant.** | ) | |

**JOINT STATUS REPORT**

The parties respectfully submit this joint status report regarding our efforts to amicably resolve this action during the stay period. As we indicated in our August 3, 2006 joint status report, the plaintiff has expressed its desire to resolve this matter amicably and the defendant agrees that a stay of this matter may result in the amicable resolution of this matter without need of further judicial proceedings.

On September 1, 2006, defendant's counsel received a revised informal settlement offer from plaintiff. On September 7, 2006 and September 8, 2006, the parties telephonically discussed plaintiff’s offer and the potential for resolving this matter. The defendant is presently reviewing the offer and expects to respond to the plaintiff by September 15, 2006. Although we remain hopeful that this matter may be resolved amicably, we remain in agreement that our discussions have been beneficial and we remain, furthermore, in agreement that additional discussions between counsel may lead to the resolution of this case.

Assuming that a settlement is ultimately approved and accepted by the authorized representatives of the Government and the plaintiff, the parties anticipate filing a joint stipulation for the dismissal of this case with prejudice. Accordingly, a stay of further proceedings pending the completion of our settlement efforts is appropriate and in the interests of judicial economy.

Should this action not be resolved by September 29, 2006, we recommend that a joint status report be filed with the Court by that date. Additionally, should this action not be resolved by September 29, 2006, the parties agree that it may be beneficial to conduct a telephonic status conference, at a time of the Court's convenience, some time shortly thereafter to discuss the disposition of the case. For the foregoing reasons, we respectfully request that the stay of this matter be continued to complete the parties' efforts to resolve this matter amicably.

Respectfully submitted,

PETER D. KEISLER
Assistant Attorney General

DAVID M. COHEN
Director

s/ Donald E. Kinner
DONALD E. KINNER
Assistant Director

s/ Lloyd B. Miller
Lloyd B. Miller, Esq.
Sonosky, Chambers, Sachse,
Miller & Munson, LLP
900 West 5th Avenue, Ste. 700
Anchorage, AK 99501
Tel.: (907)258-6377
Fax: (907) 272-8332

Attorneys for Plaintiff

s/ Kent G. Huntington
KENT G. HUNTINGTON
Trial Attorney
Commercial Litigation Branch
Civil Division
U.S. Department of Justice
Attention: Classification Unit
8th Floor
1100 L Street, N.W.
Washington, D.C. 20530
Tel.: (202) 305-7561
Fax: (202) 353-7988

Attorneys for Defendant

September 8, 2006

September 8, 2006

CERTIFICATE OF SERVICE

I hereby certify under penalty of perjury that on this 8th day of September 2006, a copy of the foregoing "JOINT STATUS REPORT" was filed electronically. I understand that notice of this filing will be sent to all parties by operation of the Court's electronic filing system. Parties may access this filing through the Court's system.

S/Lloyd B. Miller