# In the United States Court of Federal Claims

**No. 03-2244C**
**(Filed September 14, 2006)**

* * * * * * * * * * * * * * * * * * * * * * * * * * * *
**CONFEDERATED TRIBES OF THE GRAND RONDE COMMUNITY OF OREGON, a federally recognized Indian Tribe,** *

**Plaintiff,** *

**v.** *

**THE UNITED STATES,** *

**Defendant.** *
* * * * * * * * * * * * * * * * * * * * * * * * * * * *

---

**ORDER**

---

On August 8, 2006, the Court granted the parties' request to extend the stay in this action until September 8, 2006, to continue settlement discussions. On September 8, 2006, the parties filed a joint status report in which they stated that settlement discussions have been beneficial and requested an additional 21 days, to and including **September 29, 2006**, in which to continue settlement discussions. Good cause having been shown, proceedings are suspended until **September 29, 2006**, and the parties shall file a joint status report by that date.

s/Mary Ellen Coster Williams
**MARY ELLEN COSTER WILLIAMS**
**Judge**