# In the United States Court of Federal Claims

**No. 03-2244C**
**(Filed October 2, 2006)**

* * * * * * * * * * * * * * * * * * * * * * * * * * * *

**CONFEDERATED TRIBES OF THE GRAND RONDE COMMUNITY OF OREGON, a federally recognized Indian Tribe,**

**Plaintiff,**

**v.**

**THE UNITED STATES,**

**Defendant.**

* * * * * * * * * * * * * * * * * * * * * * * * * * * *

## ORDER GRANTING PARTIES' REQUEST TO EXTEND STAY

On September 14, 2006, the Court granted the parties' request to extend the stay in this action until September 29, 2006, to continue settlement discussions. On September 29, 2006, the parties filed a joint status report in which they stated that settlement discussions have been beneficial and requested an additional 35 days, to and including **November 3, 2006**, in which to continue settlement discussions. Good cause having been shown, proceedings are suspended until **November 3, 2006**. Accordingly, the parties are to file a joint status report by that date.

s/Mary Ellen Coster Williams
**MARY ELLEN COSTER WILLIAMS**
**Judge**