**IN THE UNITED STATES COURT OF FEDERAL CLAIMS**

| | | |
|---|---|---|
| **CONFEDERATED TRIBES OF THE GRAND RONDE COMMUNITY OF OREGON,** | ) | |
| **Plaintiff,** | ) | |
| **v.** | ) | **No. 03-2244C** |
| | ) | **(Judge Mary Ellen Coster Williams)** |
| **THE UNITED STATES,** | ) | |
| **Defendant.** | ) | |

**JOINT STATUS REPORT**

The parties respectfully submit this joint status report regarding our efforts to amicably resolve this action during the stay period. As we indicated in our September 28, 2006 joint status report, the plaintiff has expressed its desire to resolve this matter amicably and the parties then agreed that a stay of this matter might result in the amicable resolution of this matter without need of further judicial proceedings.

During the stay period, the parties have discussed the plaintiff's settlement offer and, in general terms, the mutual releases, which would be included in a settlement agreement. Presently, the parties' negotiators believe that they are close to reaching an agreement in principle, which defendant's counsel would submit to the authorized representative of the Attorney General for approval. Defendant's counsel is reviewing the settlement offer and has communicated the terms of the offer to the Department of Health and Human Services, the Federal agency involved in this matter. Agency counsel has requested additional

time to review the pending offer due to his unexpected leave of absence for bereavement reasons. In the meantime, the parties are continuing their discussions with regard to the terms of a settlement agreement. Although we remain hopeful that this matter may be resolved amicably, we remain in agreement that our discussions have been beneficial and we remain, furthermore, in agreement that additional discussions between counsel should lead to the resolution of this case. Assuming that a settlement is ultimately approved and accepted by the authorized representatives of the Government and the plaintiff, the parties anticipate filing a joint stipulation for the dismissal of this case with prejudice. Accordingly, a stay of further proceedings pending the completion of our settlement efforts is appropriate and in the interests of judicial economy.

Should this action not be resolved by November 21, 2006, we recommend that a joint status report be filed with the Court by that date. For the foregoing reasons, we respectfully request that the stay of this matter be continued to complete the parties' efforts to resolve this matter amicably.

Respectfully submitted,

PETER D. KEISLER
Assistant Attorney General

DAVID M. COHEN
Director

s/ Donald E. Kinner
DONALD E. KINNER
Assistant Director

s/ Lloyd Miller
Lloyd Miller, Esq.
Sonosky, Chambers, Sachse,
Miller & Munson, LLP
900 West 5th Avenue, Ste. 700
Anchorage, AK 99501
Tel.: (907)258-6377
Fax: (907) 272-8332

Attorneys for Plaintiff

s/ Kent G. Huntington
KENT G. HUNTINGTON
Trial Attorney
Commercial Litigation Branch
Civil Division
U.S. Department of Justice
Attention: Classification Unit
8th Floor
1100 L Street, N.W.
Washington, D.C. 20530
Tel.: (202) 305-7561
Fax: (202) 353-7988

Attorneys for Defendant

November 3, 2006

November 3, 2006

CERTIFICATE OF SERVICE

I hereby certify under penalty of perjury that on this 3rd day of November 2006, a copy of the foregoing "JOINT STATUS REPORT" was filed electronically. I understand that notice of this filing will be sent to all parties by operation of the Court's electronic filing system. Parties may access this filing through the Court's system.

s/ Lloyd Miller