# In the United States Court of Federal Claims

**No. 03-2244C**
**(Filed November 6, 2006)**

* * * * * * * * * * * * * * * * * * * * * * * * * * * * *
**CONFEDERATED TRIBES OF THE GRAND RONDE COMMUNITY OF OREGON, a federally recognized Indian Tribe,**

**Plaintiff,**

**v.**

**THE UNITED STATES,**

**Defendant.**
* * * * * * * * * * * * * * * * * * * * * * * * * * * * *

## ORDER GRANTING PARTIES' REQUEST TO EXTEND STAY

On November 3, 2006, the parties filed a joint status report in which they stated that settlement discussions have been beneficial and requested an additional 18 days, to and including **November 21, 2006**, in which to continue settlement discussions. Good cause having been shown, proceedings are suspended until **November 21, 2006**. Accordingly, the parties are to file a joint status report by that date.

s/Mary Ellen Coster Williams
**MARY ELLEN COSTER WILLIAMS**
**Judge**