**IN THE UNITED STATES COURT OF FEDERAL CLAIMS**

| | | |
|---|---|---|
| **CONFEDERATED TRIBES OF THE GRAND RONDE COMMUNITY OF OREGON,** | ) | |
| **Plaintiff,** | ) | |
| **v.** | ) | **No. 03-2244C** |
| | ) | **(Judge Mary Ellen Coster Williams)** |
| **THE UNITED STATES,** | ) | |
| **Defendant.** | ) | |

**JOINT STATUS REPORT**

The parties respectfully submit this joint status report regarding their efforts to amicably resolve this action during the stay period.

The parties have, in principle, reached an agreement to settle this matter. The parties' settlement agreement has been approved by the Government and is currently under final review by the Tribes. The parties anticipate filing a joint motion for the dismissal of this case with prejudice on or before December 15, 2006.

Respectfully submitted,

PETER D. KEISLER
Assistant Attorney General

DAVID M. COHEN
Director

s/ Donald E. Kinner
DONALD E. KINNER
Assistant Director

s/ Lloyd B. Miller
Lloyd Miller, Esq.
Sonosky, Chambers, Sachse,
Miller & Munson, LLP
900 West 5th Avenue, Ste. 700
Anchorage, AK 99501
Tel.: (907)258-6377
Fax: (907) 272-8332

Attorneys for Plaintiff

November 21, 2006

s/ Kent G. Huntington
KENT G. HUNTINGTON
Trial Attorney
Commercial Litigation Branch
Civil Division
U.S. Department of Justice
Attention: Classification Unit
8th Floor
1100 L Street, N.W.
Washington, D.C. 20530
Tel.: (202) 305-7561
Fax: (202) 353-7988

Attorneys for Defendant

November 21, 2006

CERTIFICATE OF SERVICE

I hereby certify under penalty of perjury that on this 21st day of November 2006, a copy of the foregoing "JOINT STATUS REPORT" was filed electronically. I understand that notice of this filing will be sent to all parties by operation of the Court's electronic filing system. Parties may access this filing through the Court's system.

s/ Lloyd B. Miller