# In the United States Court of Federal Claims

**No. 03-2244C**
**(Filed November 28, 2006)**

| | |
|---|---|
| **CONFEDERATED TRIBES OF THE GRAND RONDE COMMUNITY OF OREGON, a federally recognized Indian Tribe,** | |
| **Plaintiff,** | |
| **v.** | |
| **THE UNITED STATES,** | |
| **Defendant.** | |

## ORDER

On November 21, 2006, the parties filed a joint status report in which they stated that they have, in principle, reached a settlement agreement which is currently being reviewed by the Tribes. The stay in this case is continued, and the parties are directed to file a joint status report on or before **December 15, 2006.**

s/Mary Ellen Coster Williams
**MARY ELLEN COSTER WILLIAMS**
**Judge**