**IN THE UNITED STATES COURT OF FEDERAL CLAIMS**

| | | |
|---|---|---|
| **CONFEDERATED TRIBES OF THE GRAND RONDE COMMUNITY OF OREGON,** | ) | |
| **Plaintiff,** | ) | |
| **v.** | ) | **No. 03-2244C** |
| | ) | **(Judge Coster Williams)** |
| **THE UNITED STATES,** | ) | |
| **Defendant.** | ) | |

**JOINT STIPULATION OF DISMISSAL WITH PREJUDICE**

Pursuant to Rule 41(a)(1)(ii) of the Rules of the United States Court of Federal Claims, the parties have agreed and hereby stipulate that this action is dismissed with prejudice, with each party to bear its own costs, attorney fees, and expenses.

Respectfully submitted,

PETER D. KEISLER
Assistant Attorney General

DAVID M. COHEN
Director

/s Donald E. Kinner
DONALD E. KINNER
Assistant Director

s/ Lloyd Miller
LLOYD MILLER
Sonosky, Chambers, Sachse,
Miller & Munson, LLP
900 West 5th Avenue
Anchorage, AK 99501
Tel.: (907)258-6377
Fax: (907) 272-8332

Attorneys for Plaintiff

s/ Kent G. Huntington
KENT G. HUNTINGTON
Trial Attorney
Commercial Litigation Branch
Civil Division
U.S. Department of Justice
Attention: Classification Unit
8th Floor
1100 L Street, N.W.
Washington, D.C. 20530
Tel.: (202) 353-9369
Fax: (202) 353-7988

Attorneys for Defendant

DATED: December 12,2006

DATED: November 20, 2006

CERTIFICATE OF SERVICE

I hereby certify under penalty of perjury that on this 15th day of December 2006, a copy of the foregoing "JOINT STIPULATION OF DISMISSAL was filed electronically. I understand that notice of this filing will be sent to all parties by operation of the Court's electronic filing system. Parties may access this filing through the Court's system.

s/ Lloyd Miller