# In the United States Court of Federal Claims

**No. 03-2244C**
**(Filed December 18, 2006)**

* * * * * * * * * * * * * * * * * * * * * * * * * * * *
**CONFEDERATED TRIBES OF THE GRAND RONDE COMMUNITY OF OREGON, a federally recognized Indian Tribe,** *

**Plaintiff,** *

**v.** *

**THE UNITED STATES,** *

**Defendant.** *
* * * * * * * * * * * * * * * * * * * * * * * * * * * *

---

**ORDER OF DISMISSAL**

---

On December 15, 2006, pursuant to the Rules of the Court of Federal Claims (RCFC) 41(a)(1)(ii) the parties filed a joint stipulation of dismissal in this action, with prejudice. The Clerk is directed to dismiss this case, with prejudice, with each party bearing its own costs, attorneys' fees, and expenses.

s/Mary Ellen Coster Williams
**MARY ELLEN COSTER WILLIAMS**
**Judge**