# In the United States Court of Federal Claims

**No. 03-2244 C**

**CONFEDERATED TRIBES OF THE GRAND RONDE COMMUNITY OF OREGON, A FEDERALLY RECOGNIZED INDIAN TRIBE,**

**JUDGMENT**

**v.**

**THE UNITED STATES**

Pursuant to the parties' Joint Stipulation of Dismissal, filed December 15, 2006, and the court's December 18, 2006 Order of Dismissal,

IT IS ORDERED AND ADJUDGED this date, pursuant to Rule 58, that the complaint is dismissed, with prejudice, with each party bearing its own costs, attorneys' fees, and expenses.

Brian Bishop
Clerk of Court

**December 19, 2006** By: s/Lisa DeFade Reyes

Deputy Clerk

NOTE: As to appeal, 60 days from this date, see RCFC 58.1, re number of copies and listing of all plaintiffs. Filing fee is $455.00.